ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Conweb Mfg. Corp. | )  ASBCA No. 63704 |
| | ) |
| Under Contract No. DACA33-5-20-009 | ) |

APPEARANCE FOR THE APPELLANT:    Andrew L. Houlding, Esq.
    Updike, Kelly & Spellacy, P.C.
    New Haven, CT

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    John T. McSwiggin, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, New England

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above the appeal is hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: January 16, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63704, Appeal of Conweb Mfg. Corp., rendered in conformance with the Board's Charter.

Dated:  January 17, 2024

_for Jammye D. Abbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals